Ksenia Pavlova, D.O., as Assignee of Joedy-Ann Crawford, Appellant, 
against
ELRAC, Inc., Respondent.




The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Brand, Glick & Brand (Jason P. Bertuna of counsel), for respondent.
 

Appeal from an order of the Civil Court of the City of New York, Kings County (Devin P. Cohen, J.), entered July 8, 2015. The order, insofar as appealed from as limited by the brief, granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals, as limited by her brief, from so much of an order of the Civil Court as granted defendant's motion for summary judgment dismissing the complaint on the ground that plaintiff had failed to appear for duly scheduled examinations under oath.
Contrary to plaintiff's sole contention on appeal, defendant established that the denial of claim form had been timely mailed (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]). Accordingly, the order, insofar as appealed from, is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 01, 2018